ERNIE ZACHARY PARK, State Bar #82616
BEWLEY, LASSLEBEN & MILLER, LLP
13215 E. Penn Street, Suite 510
Whittier, CA  90602-1797
(562) 698-9771; (562) 309-8063 Fax
Ernie.park@bewleylaw.com

Attorneys for Defendant
THE IRVINE COMPANY LLC

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>D.B.A. DIANE'S INCORPORATED, a California corporation<br><br>Debtor.<br><br>TIMOTHY J. YOO, Chapter 7 Trustee<br><br>Plaintiff<br><br>v.<br><br>THE IRVINE COMPANY LLC<br><br>Defendant | CASE NO. 2:20-bk-16811-BR<br><br>Chapter: 7<br><br>Adv. No.: 2:21-ap-01015-BR<br><br>ANSWER TO COMPLAINT FOR AVOIDANCE OF PREFERENTIAL TRANSFERS; RECOVERY OF AVOIDED TRANSFERS AND DISALLOWANCE OF CLAIMS |

Defendant The Irvine Company LLC, answers the plaintiff's complaint as follows:

JURISDICTION AND VENUE

1.    Answering paragraph 1, this answering defendant admits the allegations set forth therein.

2.    Answering paragraph 2, this answering defendant admits the allegations set forth therein.

3.    Answering paragraph 3, this answering defendant admits the allegations set forth therein.

4.    Answering paragraph 4, this answering defendant lacks sufficient or belief to enable it to answer the allegations set forth therein and, based thereon, it denies,

generally and specifically each of said allegations.

## PARTIES

5.   Answering paragraph 5, this answering defendant admits the allegations set forth therein.

6.   Answering paragraph 6, this answering defendant admits the allegations set forth therein.

7.   Answering paragraph 7, this answering defendant admits the allegations set forth therein.

## FIRST CLAIM FOR RELIEF

8.   Answering paragraph 8, this answering defendant repeats and re-alleges each and every allegation, admission and denial contained within its response to paragraph 1-7, inclusive, and incorporates the same herein by reference.

9.   Answering paragraph 9, this answering defendant admits the payment made on Exhibit 1. Except as expressly admitted herein, this answering defendant denies, generally and specifically, the allegations set forth therein.

10.   Answering paragraph 10, this answering defendant denies, generally and specifically, the allegations set forth therein.

11.  Answering paragraph 11, this answering defendant admits that, at the time the payment was made, the defendant was a debtor of the defendant. Except as expressly admitted herein, this answering defendant denies, generally and specifically, the allegations set forth therein.

12. Answering paragraph 12, this answering defendant denies, generally and specifically, the allegations set forth therein.

13.   Answering paragraph 13, this answering defendant lacks sufficient information or belief sufficient to enable it to admit or deny the allegations and based thereon, it denies, generally and specifically, the allegations set forth therein.

14.   Answering paragraph 14, this answering defendant lacks sufficient information or

belief sufficient to enable it to admit or deny the allegations and based thereon, it denies, generally and specifically, the allegations set forth therein.

15. Answering paragraph 15, this answering defendant lacks sufficient information or belief sufficient to enable it to admit or deny the allegations and based thereon, it denies, generally and specifically, the allegations set forth therein.

16. Answering paragraph 16, this answering defendant admits the state of applicable law, including the rebuttable presumption of insolvency. Except as expressly admitted herein, this answering defendant denies, generally and specifically, the allegations set forth therein.

17. Answering paragraph 17, this answering defendant lacks sufficient information or belief sufficient to enable it to admit or deny the allegations and based thereon, it denies, generally and specifically, the allegations set forth therein.

18. Answering paragraph 18, this answering defendant lacks sufficient information or belief sufficient to enable it to admit or deny the allegations and based thereon, it denies, generally and specifically, the allegations set forth therein.

19. Answering paragraph 19, this answering defendant lacks sufficient information or belief sufficient to enable it to admit or deny the allegations and based thereon, it denies, generally and specifically, the allegations set forth therein.

20. Answering paragraph 20, this answering defendant denies, generally and specifically, the allegations set forth therein.

## SECOND CLAIM FOR RELIEF

21. Answering paragraph 21, this answering defendant repeats and re-alleges each and every allegation, admission and denial contained within its response to paragraph 1-20, inclusive, and incorporates the same herein by reference.

22. Answering paragraph 22, this answering defendant admits it was the initial transferee of the payment in question. Except as expressly admitted herein, this answering defendant denies, generally and specifically, the allegations set forth therein.

23. Answering paragraph 23, this answering defendant denies, generally and specifically, the allegations set forth therein.

### THIRD CLAIM FOR RELIEF

24. Answering paragraph 24, this answering defendant repeats and re-alleges each and every allegation, admission and denial contained within its response to paragraph 1-23, inclusive, and incorporates the same herein by reference.

25. Answering paragraph 25, this answering defendant denies, generally and specifically, the allegations set forth therein.

26. Answering paragraph 26, this answering defendant denies, generally and specifically, the allegations set forth therein.

### FIRST AFFIRMATIVE DEFENSE
(Failure to State a Claim)

As a separate and distinct affirmative defense to each of plaintiff's claims, and while denying each of the material allegations set forth therein, this answering defendant asserts that said claims fail to state a claim for which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE
(Contemporaneous Exchange of New Consideration)

As a separate and distinct affirmative defense to each of plaintiff's claims, and while denying each of the material allegations set forth therein, this answering defendant asserts that the payment made in Exhibit 1 was in exchange for new and valuable consideration and did not constitute a preference.

### THIRD AFFIRMATIVE DEFENSE
(Offset)

As a separate and distinct affirmative defense to each of plaintiff's claims, and while denying each of the material allegations set forth therein, this answering defendant asserts any amount due plaintiff is offset by amounts owed by it to defendant.

Wherefore, defendant prays judgment as follows:

1. That plaintiff take nothing by way of its complaint in this matter;
2. That plaintiff be granted no relief whatsoever in this matter;
3. For defendant's cost of suit herein incurred; and,
4. For such other and further relief as the court deems just and proper.

BEWLEY, LASSLEBEN & MILLER

By: _____
Ernie Zachary Park,
Attorney for Defendant
The Irvine Company