| Attorney or Party Name, Address, Telephone Number & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| TODD M. ARNOLD (State Bar No. 221868)<br>LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.<br>10250 Constellation Boulevard, Suite 1700<br>Los Angeles, California 90067<br>Telephone: (310) 229-1234<br>Facsimile: (310) 229-1244<br>Email: tma@lnbyb.com<br><br>Attorneys for Plaintiff Timothy J. Yoo, Chapter 7 Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>D.B.A. DIANE'S INCORPORATED,<br>         Debtor. | Case No. 2:20-bk-16811-BR<br><br>Adv. No. 2:21-ap-01015-BR<br><br>Chapter 7 |
| TIMOTHY J. YOO, Chapter 7 Trustee,<br>         Plaintiff,<br>v.<br>THE IRVINE COMPANY LLC,<br>         Defendant. | **STATUS REPORT**<br>**LBR 7016-1(a)(2)**<br><br>**DATE:** July 27, 2021<br>**TIME:** 10:00 a.m.<br>**CTRM:** 1668<br>255 East Temple St.<br>Los Angeles, CA 90012 |
| THE IRVINE COMPANY LLC,<br>         Cross-Complainant,<br>v.<br>LINDA D. BIGGS; Does 1-20 inclusive,<br>         Cross-Defendant. | |

The parties hereto hereby submit the following STATUS REPORT in accordance with Local Bankruptcy Rule 7016-1(a)(2):

**A. PLEADINGS/SERVICE:**

 1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)? ☐ Yes ☒ No

 2. Have all parties filed and served answers to the Claims Documents? ☐ Yes ☒ No

 3. Have all motions addressed to the Claims Documents been resolved? ☐ Yes ☒ No

 4. Have counsel met and conferred in compliance with LBR 7026-1? ☐ Yes ☒ No

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California

*December 2015*  **F 7016-1.STATUS.REPORT**

    5.      If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES", then please explain below *(or on attached page)*:

**PLAINTIFF STATEMENT:** The complaint was filed on January 21, 2021, and the summons was issued on January 22, 2021.  On February 8, 2021, Defendant filed its answer to the compliant and a cross-complaint (the "<u>Cross-Complaint</u>") against Linda D. Biggs (the "<u>Cross-Defendant</u>").  It does not appear that the Cross-Complaint and related summons were served on the Cross-Defendant.  Plaintiff believes that the interests of judicial economy would be best served if all claims (*i.e.*, the claims under the complaint and the Cross-Complaint) proceeded together.  Therefore, Plaintiff requests that the Court (1) set a deadline for the Defendant to obtain a new summons for the Cross-Complaint and to serve it on the Cross-Defendant and (2) continue the status conference for 60 days.

**DEFENDANT STATEMENT:**  Defendant has diligently been attempting to locate and serve the cross-defendant; to date, to no avail.  Defendant concurs in plaintiff's recommendation.

**B.**    <u>**READINESS FOR TRIAL**</u>**:**

    1.      When will you be ready for trial in this case?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| TBD – SEE A.5. | Same |

    2.      If your answer to the above is more than four (4) months after the summons issued in this case, give reasons for further delay.

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| TBD – SEE A.5. | Same |

    3.      When do you expect to complete <u>your</u> discovery efforts?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| TBD – SEE A.5. | Same |

    4.      What additional discovery do you require to prepare for trial?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| TBD – SEE A.5. | Same |

**C.**    <u>**TRIAL TIME**</u>**:**

    1.      What is your estimate of the time required to present <u>your side of the case</u> at trial (including rebuttal stage if applicable)?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| TBD – SEE A.5. | Same |

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California

*December 2015*      Page 2      **F 7016-1.STATUS.REPORT**

2. How many witnesses do you intend to call at trial (including opposing parties)?

| Plaintiff | Defendant |
|---|---|
| TBD – SEE A.5. | Same |

3. How many exhibits do you anticipate using at trial?

| Plaintiff | Defendant |
|---|---|
| TBD – SEE A.5. | Same |

**D.  PRE-TRIAL CONFERENCE:**

A pre-trial conference is usually conducted between a week to a month before trial, at which time a pre-trial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

| Plaintiff | Defendant |
|---|---|
| Pre-trial conference ☒ is  ☐ is not requested. Reasons: Will be requested if trial proceeds to limit issues at trial. | Pre-trial conference ☒ is  ☐ is not requested Reasons: Same |

| Plaintiff | |
|---|---|
| Pre-trial conference should be set after: (date)  Any further status conference and after discovery. | same |

**E.  SETTLEMENT:**

1. What is the status of settlement efforts?   The parties will discuss and are interested in reaching a consensual settlement.

2. Has this dispute been formally mediated? If so, when?    ☐ Yes    ☒ No

3. Do you want this matter sent to mediation at this time?

| Plaintiff | Defendant |
|---|---|
| ☐ Yes    ☒ No | ☐ Yes    ☒ No |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California

December 2015                Page 3                **F 7016-1.STATUS.REPORT**

F.     **FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

| Plaintiff | Defendant |
|---|---|
| ☒ I do consent | ☒ I do consent |
| ☐ I do not consent | ☐ I do not consent |
| to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. | to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. |

G.     **ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** *(Use additional page if necessary.)*

Respectfully submitted

Dated: July 12, 2021

LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.

/s/ Todd M. Arnold
Todd M. Arnold
Counsel for Plaintiff

Dated: July 13, 2021

BEWLEY, LASSLEBEN & MILLER, LLP

*Todd Arnold* for and with the approval of.
Ernie Zachary Park
Counsel for Defendant

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California

December 2015                    Page 4                    F 7016-1.STATUS.REPORT

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, California 90067

A true and correct copy of the foregoing document entitled (*specify*): **JOINT STATUS REPORT LBR 7016-1(a)(2)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **July 13, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Todd M Arnold    tma@lnbyb.com
- Ernie Zachary Park    ernie.park@bewleylaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Timothy Yoo (TR)    tjytrustee@lnbyb.com, tjy@trustesolutions.net

**2.** **SERVED BY UNITED STATES MAIL**: On (*date*) **July 13, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.** **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **July 13, 2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 13, 2021 | Lourdes Cruz | /s/ Lourdes Cruz |
|---|---|---|
| Date | Printed Name | Signature |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California

December 2015

F 7016-1.STATUS.REPORT